DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARCUS J. PERRY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3374

[February 6, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk Volker, Judge; L.T. Case Nos. 2012CF005760AMB; 2013CF001251AMB and 2013CF001931AMB.

Marcus J. Perry, Lake City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***